UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. JUNG HA KIM, ALNORY GUTLAY, VICTORIA HUYNH, HEEJIN KO, FRANK LEE, WAT SINTHARATTANA, CAPPEL SOOKDEO, and YOTIN SRIVANJARA,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTER FOR PAN ASIAN COMMUNITY SERVICES, INC.; CHAIWON KIM; AISAH GAYLE; SALAI THANG; MICHELLE FERREYRA; JOSUE ROSALES; NGUYEN H. TU; NORMA ZUNIGA-CARDOZA; JESS VILLEGAS; BRIAN O. WILLIAMS; PATRICK DIERBERGER; KEEGAN LEIBA; BIKASH CHHETRI; AND MISOON LEE;<br><br>    Defendants. | Case No. 3:23-cv-00054-CDL |

**ORDER**

The United States of America declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). The Court rules as follows:

IT IS ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order, the United

States's Notice of Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States and may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED, this 25th day of July 2025.

S/Clay D. Land
HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA